UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARRID CHRISTOPHER BLOOM,<br><br>Defendant. | No.  2:26-cr-00024-DC<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JARRID CHRISTOPHER BLOOM

Case No. 2:26-cr-00024-DC, from custody for the following reason:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__x__ (Other): to continue on supervised release as previously imposed on

January 8, 2010.

Issued at Sacramento, California on July 1, 2026 at ___10:29 a.m.___

_____

UNITED STATES DISTRICT JUDGE